```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

FELICIA PRICE,                    )
                                  )
              Plaintiff,          )
      v.                          )    No. 4:07CV2029-DJS
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social Security,  )
                                  )
              Defendant.          )
```

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on January 13, 2009, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #20] is accepted and adopted.

Dated this __30th__ day of January, 2009.

                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE